1
Gunter Mihaescu [SBN #242708]
5032 Woodminster Lane
2
Oakland, CA 94602
Tel: 510-969-7550
3
Fax: 510-553-1024
Attorney for Plaintiff
4
ESTER NINO

5

6
UNITED STATES DISTRICT COURT

7
EASTERN DISTRICT OF CALIFORNIA

8
| | |
|---|---|
| ESTER NINO, | Case No.: _____ |
| Plaintiff, | **COMPLAINT FOR DAMAGES, PERSONAL INJURY** |
| vs. | **NEGLIGENCE AS TO DEFENDANT HASSAN SIDDIQUI** |
| UNITED STATES OF AMERICA, HASSAN SIDDIQUI AND DOES 1-100, inclusive | **NEGLIGENCE UNDER VICARIOUS LIABILITY, RESPONDEAT SUPERIOR AS TO DEFENDANT UNITED STATES OF AMERICA** |
| Defendants. | |

16

17
**COMPLAINT**

18
Plaintiff, Ester Nino, by and through her attorney, Gunter Mihaescu, alleges the following

19
against Defendants, United States of America and Hassan Siddiqui, on information and belief:

20
**INTRODUCTION**

21
1.      This is an action against the Defendant United States of America under the Federal

22
Tort Claims Act, (28 U.S.C. Section 2671, *et seq.*) and 28 U.S.C. Section 1346(b)(1), for

23
negligence in connection with an incident which occurred on July 12, 2020 involving a motor

24
vehicle collision in which defendant Hassan Siddiqui, acting within the course and scope of his

25
employment with the United States Department of Agriculture, struck a motor vehicle driven by

26
plaintiff Nino Ester, causing injuries and damages to her.

27
2.      The claims herein are brought against the Defendant pursuant to the Federal Tort

28

Claims Act (28 U.S.C. Section 2671, *et seq.*) and 28 U.S.C. Section 1346(b)(1), for money damages as compensation for personal injuries caused by defendants' negligence.

3.      Plaintiff Ester has fully complied with the provisions of 28 U.S.C. Section 2675 of the Federal Tort Claims Act. (Please see Standard Form 95 attached as Exhibit 1.)

4.      This suit has been timely filed, in that plaintiff Ester timely served notice of his claim on United States Department of Justice less than two years after the incident forming the basis of the suit.

5.      Plaintiff Ester is now filing this complaint pursuant to 28 U.S.C. Section 2401(b) after non action on his claim by the United States Department of Agriculture claims office and office of the General Counsel. (Please see US Department of Agriculture correspondence indicating non-action on the claim, attached as Exhibit 2.)

**PARTIES, JURISDICTION AND VENUE**

6.      Plaintiff Ester is, and at all times relevant hereto was, a resident of Solano County, California.

7.      Defendant United States of America, through its agency, the United States Department of Agriculture, employed defendant Hassan Siddiqui, who is believed to reside in Solano County as well. (Please see attached police report regarding the motor vehicle collision, attached as Exhibit 3).

8.      At all times relevant to this Complaint, the defendant Siddiqui held himself out to plaintiff as an employee, agent or staff of the United States Department of Agriculture.

9.      At all times relevant to this Complaint, defendant Siddiqui was employed by and/or acting on behalf of defendant United States of America. Furthermore, defendant United States of America is responsible for the negligent acts of their employees and agents under the doctrine of respondeat superior.

10.      Jurisdiction is proper under 28 U.S.C. Section 1346(b)(1).

11.      Venue is proper under 28 U.S.C. Section 1402(a) as plaintiff resides in the Eastern District of California, as does defendant Siddiqui.

## STATUTORY BASIS OF LIABILITY AGAINST

## THE UNITED STATES OF AMERICA

12.     This case is brought against the United States of America pursuant to 28 U.S.C. Section 2671, *et seq.,* commonly referred to as the "Federal Tort Claims Act." Liability of the United States is predicated specifically on 28 U.S.C. Sections 1346(b)(1) and 2674 because the personal injuries and resulting damages that form the basis of this complaint were proximately caused by the negligence, wrongful acts and/or omissions of employees of the United States of America through its agency, the United States Department of Agriculture. These employees were acting within the course and scope of their office or employment, under circumstances where the United States of America, if a private person, would be liable to the plaintiff in the same manner and to the same extent as a private individual under the laws of the State of California.

13.     Pursuant to 28 U.S.C. Section 2675, the claim was presented to the appropriate agency of defendant, the United States of America, namely the United States Department of Agriculture on August 20, 2021, for the claims of plaintiff Ester Nino. Said defendant failed to respond and thus, on February 20, 2022, the claims were deemed denied by operation of law.

## FACTUAL ALLEGATIONS

14.     On July 12, 2020, plaintiff Ester Nino was driving westbound on Benicia Road. After passing Ryder Street, defendant Hassan Siddiqui abruptly entered traffic in front of Ms. Nino, without signaling causing Ms. Nino to swerve to the left, sideswiping Mr. Siddiqui's vehicle and colliding head on into a parked vehicle.

15.     Claimant Ester Nino was injured and incurred damages as a result of this incident and could not avoid collision.

16.     Ms. Nino has endured significant mental and emotional distress and trauma as a result of her injuries.

## CAUSES OF ACTION

### COUNT I-NEGLIGENCE

16.     Plaintiff Nino realleges and reincorporates each and every allegation above as if fully set forth herein.

17.     The defendant Mr. Siddiqui owed a duty of care to Ms. Nino and every other driver on the road at the time of the incident.

18.     The defendant Mr. Siddiqui breached its duty of care to plaintiff Nino when he made an unsafe turn into her path of travel.

19.     As a direct and proximate result of defendant Siddiqui's negligence, plaintiff Nino sustained serious personal injuries in and about her body, she has incurred medical expenses and other damages, and will continue to incur medical expenses and other damages in the future; she was forced to endure pain, suffering and mental anguish, and will continue to endure pain, suffering and mental anguish in the future; she has suffered a loss of the enjoyment of life, and will continue to suffer a loss of the enjoyment of life in the future.

20.     The acts and/or omission set forth above would constitute a claim under the law of the state of California.

21.     The defendant United States of America is liable pursuant to 28 U.S.C. 1346(b)(1).

### COUNT II-VICARIOUS LIABILITY, RESPONDEAT SUPERIOR, OSTENSIBLE AGENCY AND/OR AGENCY

22.     Plaintiff Nino realleges and reincorporates each and every allegation above as if fully set forth herein.

23.     At all times relevant to this case, defendant Hassan Siddiqui was employed by and/or acting on behalf of the defendant United States of America.

24.     At all relevant times to this Complaint, defendant Hassan Siddiqui acted within his respective capacity and scope of employment for the defendant United States of America.

25.     Defendant Siddiqui negligently and/or recklessly directly and proximately caused personal injury to Ms. Nino, including both acts of omission and acts of commission.

26.     As a direct and proximate result of defendant's negligence, Ms. Nino sustained serious personal injuries in and about her body; she has incurred medical expenses, and other damages, and will continue to incur medical expenses, and other damages in the future; she was forced to endure pain, suffering and mental anguish, and will continue to endure pain, suffering

and mental anguish in the future; she has suffered a loss of the enjoyment of life, and will continue to suffer a loss of the enjoyment of life in the future.

27.     At all times relevant to this Complaint, the defendant United States of America had a duty to hire competent employees, agents, administrators, operators who could safely operate a motor vehicle and avoid collisions like the one involving plaintiff Nino.

28.     The defendant United States of America breached its duty by negligently hiring incompetent, inexperienced and/or unqualified operators, administrators, employees, agents and staff.

29.     The acts and/or omissions set forth above would constitute a claim under the law of the State of California.

30.     The defendant United States of America is liable pursuant to 28 U.S.C. 1346(b)(1).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Ester Nino does hereby pray that judgment be entered in his favor and against the defendants as follows:

1)     For general damages, according to proof;

2)     For special damages according to proof;

3)     For personal property damages according to proof;

4)     For pre-judgment and post-judgment interest as allowed by law;

5)     For costs of suit incurred herein; and

6)     For such other and future relief as this court may deem just and proper.

Respectfully submitted,

Dated: June 20, 2022          By:   _Gunter Mihaescu_
                                    Gunter Mihaescu
                                    Attorney for plaintiff ESTER NINO

# EXHIBIT 1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| US Department of Agriculture | Claimant: Ester Nino, 405 Benicia Rd, Vallejo, CA 94590 <br><br> Representative: Gunter Mihaescu, Attorney at Law, 5032 Woodminster Lane, Oakland, CA 94602 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | --------------- | Single | 07/12/2020 | 11:30 AM |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Siddiqui Hassan was driving a USDA fleet vehicle when he made a turn when it was unsafe to do so, causing the motor vehicle collision with our client Ms. Ester Nino, causing bodily injury and property damage.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

The 2016 Mitsubishi Outlander of claimant Ester Nino sustained damage to the front end. Pictures and estimates provided.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Neck, back, and shoulder pain. Headaches.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Hassan Siddiqui <br><br> Claimant Ester Nino | 164 Robles Way, Vallejo, CA 94590 <br><br> May be contacted through counsel. |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 6,701.23 | 58,030.57 | | 64,731.80 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 510-969-7550 | 08/02/2021 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? [X] Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

Amica, P.O. Box 9690, Providence, RI 02940-9690, Policy Number: 91020424LY

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes [ ] No | 17. If deductible, state amount. |
|---|---|
| Claimant's auto insurance carrier, Amica, paid out $5,000.00 in medical payments benefits. | 1,000.00 |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

Amica has a claim for reimbursement of the $5,000.00 it has paid out in medical benefits on claimant's behalf.

19. Do you carry public liability and property damage insurance? [ ] Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [X] No

---

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

---

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:*  The information requested is to be used in evaluating claims.
C.  *Routine Use:*  See the Notices of Systems of Records to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:*  Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

---

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

**FEDERAL TORT CLAIM OF ESTER NINO AND DEMAND FOR PRESERVATION OF RECORDS**
*Pursuant to 28 U.S.C. §§1346(b), 2671-2680.*
*Submitted to the Department of Agriculture, Ms. Sonya Washington.*
*Sonya.Washington@usda.gov.*

C/o:   **Counsel for Claimant Ester Nino**
Gunter Mihaescu
5032 Woodminster Lane
Oakland, CA 94602

**Date, Place and Circumstances of the Occurrence:**

On or about July 12, 2020, Ester Nino was driving westbound on Benicia Road. After passing Ryder Street, Hassan Siddiqui abruptly entered traffic without signaling causing Ms. Nino to sideswipe Mr. Siddiqui's vehicle and colliding into a parked vehicle.

Claimant Ester Nino was injured and incurred damages when, while driving her car and could not avoid collision.

**Negligence**

Employees and agents of the Agriculture of Agriculture, Food Safety and Inspection Service owed a duty to Claimant Ester Nino to drive carefully and signal before entering traffic. The carelessness of Dr. Siddiqui led to injuries and damages to Claimant Ester Nino.

The acts and omissions of the employees and agents of the Department of the Agriculture, Food Safety and Inspection Service identified herein constitute negligence.

**Dangerous Condition of Public Property**

Claimant Ester Nino was harmed as a result of a careless driver employed by the Department of Agriculture, Food Safety and Inspection Service. The Department of Agriculture, Food Safety and Inspection Service owned, operated and/or maintained the vehicle when this incident took place. The driver did not yield when entering traffic, causing the collision between the

Page 1 of 3
CLAIM OF Ester Nino

vehicles. This dangerous action created a reasonably foreseeable risk of the kind of incident that occurred. As a result of these acts and omissions Claimant Nino Ester was harmed and the carelessness of the driver was a substantial factor in causing Claimant Ester Nino's harm.

## Claimant's Injuries and Amount of Damage Claimed:

Claimant sustained serious injuries, including but not limited to herniated discs, neck pain, anxiety, back pain, and shoulder pain. Claimant claims $6,701.23 in property damage and $8,030.57 in personal injury special damages (medical bills) and $50,000.00 in personal injury general damages for a total amount of $64,731.80.

## Identities of Public Employees Involved:

Other agents/employees of the Department of the Agriculture, Food Safety and Inspection Service, supervisory personnel, and possibly other law enforcement officers from other jurisdictions whose identities are presently unknown, also may have contributed to negligence which led to damages to Claimant.

## Evidence Supporting the Claim:

Ester Nino is enclosing copies of her medical records related to the incident and items of property which were destroyed as a result of the incident. Ester Nino will also be providing the dashcam video of the incident.

## Persons to Contact Regarding the Claim:

Please contact Claimant's attorney, Gunter Mihaescu, 5032 Woodminster Lane Oakland, CA 94602.

## DEMAND FOR PRESERVATION OF RECORDS:

DEMAND IS HEREBY MADE TO PRESERVE ALL DISPATCH TAPES, RECORDINGS, VIDEO RECORDINGS, PHOTOGRAPHS, PHYSICAL EVIDENCE, CAD REPORTS AND INFORMATION, INCIDENT REPORTS, STATEMENTS, NOTES, CORRESPONDENCE, MEMORANDA AND ALL DOCUMENTS AND THINGS RELATED TO THIS INCIDENT AND ANY INVESTIGATION THEREOF as material

evidence to Ms. Ester Nino's claim herein and her potential claims under federal and state law, including civil rights claims.  You are further required to preserve such recordings pursuant to 42 U.S.C. § 3309.  If you have any questions about the recordings, documents, or items at issue, please contact attorney Gunter Mihaescu at 5032 Woodminster Lane Oakland, CA 94602; T. (510) 969-7550, before destroying any tapes, recordings, documents, or items that have been requested or that may relate to the complaint.

Dated: July 24, 2021

By:  *Gunter Mihaescu*
GUNTER MIHAESCU,
Attorney   for   Claimant
ESTER NINO

# EXHIBIT 2



Gunter Mihaescu <gunter@mihaesculaw.com>

---

## Ester Nino FSIS Claim

5 messages

---

**Ganotis, Marnie - OGC, San Francisco, CA** <marnie.ganotis@usda.gov>                    Wed, Aug 25, 2021 at 9:25 AM
To: "gunter@mihaesculaw.com" <gunter@mihaesculaw.com>
Cc: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>, "Chew, Evelyn - OGC, San Francisco, CA"
<evelyn.chew@usda.gov>

Hi Gunter,

I heard from Sonya Washington that FSIS received your tort claim submission for your client, Ester Nino, on August 20, 2021.  FSIS will
review the claim and eventually will refer it to my office.  Just a heads up that our office is extremely understaffed at this time, and it will
likely be a while before you receive a response from us to Ms. Nino's claim.

Thank you,

Marnie



**Marnie G. Ganotis**

Attorney

San Francisco Office • Pacific Region

Office of the General Counsel

U.S. Department of Agriculture

**630 Sansome Street, Suite 1040**

**San Francisco, California  94111**

☎ (415) 744-3852

✉ **marnie.ganotis@usda.gov**

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized
interception of this message or the use or disclosure of the information it contains may violate the law and subject the
violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and
delete the email immediately.

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>                    Tue, Mar 22, 2022 at 12:34 PM
To: "Ganotis, Marnie - OGC, San Francisco, CA" <marnie.ganotis@usda.gov>

Hello Marnie,
I just left you a voicemail on this.
As you can see from the preceding email, Ms. Washington received this tort claim on August 20, 2021. This is a clear liability matter. I'm attaching the police report to refresh your memory. In fact, I'll just re-send you the whole tort claim so you have it handy.
We have yet to receive an offer despite numerous attempts to contact Sonya Washington re same. It's my understanding that since the claim has been timely filed and not acted on, the claimant is free to file suit against the federal government. I am prepared to do so unless I hear something responsive from your office by the end of the week.
Please advise.
Regards,
Gunter


---------------------------
Gunter Mihaescu
Attorney at Law
5032 Woodminster Lane
Oakland, CA 94602
tel: 510-969-7550
fax: 510-553-1024
gunter@mihaesculaw.com
-------------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.


[Quoted text hidden]

---

**2 attachments**

 **Police Report - Lexis Nexis.pdf**
679K

 **SF-95, Nino, Ester FTCA Form, Signed.pdf**
4043K

---

**Ganotis, Marnie - OGC, San Francisco, CA** <marnie.ganotis@usda.gov>          Tue, Mar 22, 2022 at 5:52 PM
To: Gunter Mihaescu <gunter@mihaesculaw.com>


Hello Gunter,


I have reached out to Sonya Washington about your inquiry, but she is out of the office for the next few days.  Just to keep you apprised, I believe that this claim has not yet been referred to my office.  Therefore, we will not be able to have a decision to you by the end of the week.


Kind regards,

Marnie

Case 2:22-cv-01074-KJM-JDP   Document 1   Filed 06/22/22   Page 15 of 34

*Please note that I will be on annual leave from April 1, 2022, through April 11, 2022.*

[Quoted text hidden]

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>                              Thu, Apr 7, 2022 at 4:14 PM
To: "Ganotis, Marnie - OGC, San Francisco, CA" <marnie.ganotis@usda.gov>

Hi Marnie,
Do you have any updates for me on this matter?
Please let me know.

[Quoted text hidden]
[Quoted text hidden]

---

**Ganotis, Marnie - OGC, San Francisco, CA** <marnie.ganotis@usda.gov>     Mon, Apr 11, 2022 at 12:14 PM
To: Gunter Mihaescu <gunter@mihaesculaw.com>

Hi Gunter,

I do not know anything more about Ms. Nino's claim as yet. I recommend you reach out to Sonya Washington to inquire about its status.
Her email address is: sonya.washington@usda.gov.

Thank you,

Marnie



| | |
|---|---|
| | **Marnie G. Ganotis** |
| | **Attorney** |
| | **San Francisco Office • Pacific Region** |
| | **Office of the General Counsel** |
| | **U.S. Department of Agriculture** |
| | **630 Sansome Street, Suite 1040** |
| | **San Francisco, California 94111** |
| | ☎ **(415) 744-3852** |
| | ✉ **marnie.ganotis@usda.gov** |

[Quoted text hidden]

 Gmail

**Gunter Mihaescu <gunter@mihaesculaw.com>**

## Ester Nino
21 messages

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>
To: sonya.washington@usda.gov

Thu, Oct 21, 2021 at 12:33 PM

Hello Ms. Washington,
I hope this email finds you well.
Do you have an update on this one? An offer?
Please let me know.
Thanks,
Gunter

---------------------------
Gunter Mihaescu
Attorney at Law
5032 Woodminster Lane
Oakland, CA 94602
tel: 510-969-7550
fax: 510-553-1024
gunter@mihaesculaw.com
---------------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by
legal privilege. If you are not the intended recipient, be aware that any
disclosure, copying, distribution or use of this e-mail or any attachment
is prohibited. If you have received this e-mail in error, please notify us
immediately by returning it to the sender and deleting this copy from your
system. Thank you for your cooperation.

---

**Washington, Sonya - FSIS** <sonya.washington@usda.gov>
To: Gunter Mihaescu <gunter@mihaesculaw.com>

Thu, Oct 21, 2021 at 12:51 PM

Good Afternoon,

I hope this email finds you well.   I will have to check the files and will reach out to you on tomorrow.  Is the phone number
in your signature block the best contact number for you?

Sonya Washington

*Sonya Washington*

Property Management Specialist

USDA/FSIS/Office of Management

Administrative Services Division

4700 River Road

3rd Floor, 3A-03-56

Riverdale, MD  20737

(301) 344-4756

**Sonya.washington@usda.gov**

---

**From:** Gunter Mihaescu <gunter@mihaesculaw.com>
**Sent:** Thursday, October 21, 2021 3:33 PM
**To:** Washington, Sonya - FSIS <sonya.washington@usda.gov>
**Subject:** [External Email]Ester Nino

---

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

---

[Quoted text hidden]

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>            Thu, Oct 21, 2021 at 12:57 PM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Hello,
Yes that's the best number.
[Quoted text hidden]
[Quoted text hidden]

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>            Mon, Oct 25, 2021 at 1:04 PM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Hi Sonya,
I just left you a voicemail on this one. Please provide an update.
If you could rule on it one way or another, that would be helpful.
Thank you,
Gunter
[Quoted text hidden]
[Quoted text hidden]

---

**Washington, Sonya - FSIS** <sonya.washington@usda.gov>       Tue, Oct 26, 2021 at 9:57 AM
To: Gunter Mihaescu <gunter@mihaesculaw.com>

Good Morning,

I hope this email finds you well.  I was out of the office however, I am in receipt of your voicemail.

In response to you inquiry, I will have to review the claim to ensure that I have all of the necessary documents in order to send the claim forward to our agency lawyers who review/make the decisions on all of our claims.  I hope to have reviewed it by the end of this week and if I need anything additional I will reach out to you.  Feel free to contact me or send an email if you have any other questions.

Thank you in advance for your understanding and patience during this process.

[Quoted text hidden]

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>            Mon, Nov 8, 2021 at 2:11 PM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Hi Sonya,
Following up on this. Please advise.
[Quoted text hidden]
[Quoted text hidden]

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>        Wed, Nov 10, 2021 at 12:29 PM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Hi Sonya,
Please let me know the status.
[Quoted text hidden]
[Quoted text hidden]

---

**Washington, Sonya - FSIS** <sonya.washington@usda.gov>      Fri, Nov 12, 2021 at 12:05 PM
To: Gunter Mihaescu <gunter@mihaesculaw.com>

Good Afternoon,

In response to your email below, I see that you have included the cost for the damages to the vehicle.  I need to ensure that the insurance company is not going to submit a claim as well requesting reimbursement.  Also, you stated on the SF-95 that the insurance company has a claim for the $5,000 in medical expenses they paid out, I do not recall receiving that claim from them as it will need to be included in with your portion of the claim package.  So please confirm the following:

1. Will Amica be submitting a separate claim for the property damages and medical expenses?
2. Did your client (Mr. Nino) pay a deductible?  If so, I will need a separate SF-95 from him to request reimbursement for that deductible or a signed authorization from his allowing you to include it in your claim.
3. I will also need proof of ownership of the vehicle.  (i.e copy of registration or Title)

Let me know if you have any questions.

Thank you in advance.

[Quoted text hidden]

**Gunter Mihaescu** <gunter@mihaesculaw.com>            Wed, Nov 17, 2021 at 9:26 AM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Hello Ms. Washington,
There will be no separate claim for the property damage or medical expenses from Amica. The property damage was
already resolved. The car was totaled out and Amica paid off the car loan, there was no deductible paid out by my client.

The med pay amount is being requested now by my client. After settlement, I will resolve the med pay reimbursement
amount with Amica. Amica cannot double dip and request a reimbursement amount separately from you.

Please confirm this resolves your questions on this matter.
[Quoted text hidden]
[Quoted text hidden]

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>            Thu, Dec 2, 2021 at 7:49 AM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Hi Ms. Washington,
I hope you had a nice Thanksgiving holiday.
I just left you a voicemail on this. Please let me know the status. It has been 4 months now since the demand was sent.
Kindly provide an offer or a rejection so that we can proceed in litigation.
[Quoted text hidden]
[Quoted text hidden]

---

**Washington, Sonya - FSIS** <sonya.washington@usda.gov>        Thu, Dec 2, 2021 at 12:09 PM
To: Gunter Mihaescu <gunter@mihaesculaw.com>

Good Afternoon,


I hope this email finds you well.  My Thanksgiving was nice and quick, thanks.  I hope yours was well.


In review of my notes for this claim, I had to gather more documentation so I have this on my "To Do" list and hopefully I
will be able to prepare the claim package to send forward to our agency lawyers with the next week.  Once I send it
forward, I will let you know.


Thank you in advance for your understanding.

[Quoted text hidden]

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>           Tue, Dec 14, 2021 at 1:24 PM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Hi Sonya,
What is the status on Ms. Nino's claim?
[Quoted text hidden]
[Quoted text hidden]

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>           Tue, Jan 4, 2022 at 12:17 PM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Dear Ms. Washington,
I hope you had a lovely holiday season.
I just left you a voicemail on this one. Could you please provide status on the settlement request?
My client is a sweet lady who has been more than patient during this process.

Sincerely,
Gunter

[Quoted text hidden]
[Quoted text hidden]

---

**Washington, Sonya - FSIS** <sonya.washington@usda.gov>          Tue, Jan 4, 2022 at 12:25 PM
To: Gunter Mihaescu <gunter@mihaesculaw.com>

Good Afternoon,


Happy New Year to you!  I received your voicemail and I sent the attached email to you back in November with a few questions after I reviewed the documents.  If you can look at the attached email and respond that would be great!


Thank you in advance.


Sonya Washington



*Sonya Washington*

Property Management Specialist

USDA/FSIS/Office of Management

Administrative Services Division

5601 Sunnyside Avenue

Beltsville, MD 20705

(301) 344-4756

sonya.washington@usda.gov

[Quoted text hidden]


---------- Forwarded message ----------
From: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>
To: Gunter Mihaescu <gunter@mihaesculaw.com>
Cc:
Bcc:
Date: Fri, 12 Nov 2021 20:05:36 +0000
Subject: RE: [External Email]Ester Nino

Good Afternoon,


In response to your email below, I see that you have included the cost for the damages to the vehicle.  I need to ensure that the insurance company is not going to submit a claim as well requesting reimbursement.  Also, you stated on the SF-95 that the insurance company has a claim for the $5,000 in medical expenses they paid out, I do not recall receiving that claim from them as it will need to be included in with your portion of the claim package.  So please confirm the following:

1. Will Arbella be submitting a separate SF-95 for the property damages and medical expenses
2. Did your client (Mr. Nino) pay a deductible?  If so, I will need a separate SF-95 from him to request reimbursement for that deductible or a signed authorization from his allowing you to include it in your claim.
3. I will also need proof of ownership of the vehicle.  (i.e copy of registration or Title)

Let me know if you have any questions.

Thank you in advance.

Sonya Washington

## *Sonya Washington*

Property Management Specialist

USDA/FSIS/Office of Management

Administrative Services Division

4700 River Road

3rd Floor, 3A-03-56

Riverdale, MD  20737

(301) 344-4756

**Sonya.washington@usda.gov**

---

**From:** Gunter Mihaescu <gunter@mihaesculaw.com>
**Sent:** Wednesday, November 10, 2021 3:30 PM
**To:** Washington, Sonya - FSIS <sonya.washington@usda.gov>
**Subject:** Re: [External Email]Ester Nino

Hi Sonya,
Please let me know the status.

Thank you,
Gunter

--------------------------

Gunter Mihaescu

Attorney at Law
5032 Woodminster Lane
Oakland, CA 94602
tel: 510-969-7550

fax: 510-553-1024
gunter@mihaesculaw.com
-----------------------------------------------------------

CONFIDENTIALITY NOTE: Case 2:22-cv-01074-KJM-JDP    Document 1    Filed 06/22/22    Page 22 of 34

This e-mail and any attachments are confidential and may be protected by

legal privilege. If you are not the intended recipient, be aware that any

disclosure, copying, distribution or use of this e-mail or any attachment

is prohibited. If you have received this e-mail in error, please notify us

immediately by returning it to the sender and deleting this copy from your

system. Thank you for your cooperation.

On Mon, Nov 8, 2021 at 2:11 PM Gunter Mihaescu <gunter@mihasculaw.com> wrote:

Hi Sonya,
Following up on this. Please advise.

Gunter

---------------------------

Gunter Mihaescu

Attorney at Law
5032 Woodminster Lane
Oakland, CA 94602
tel: 510-969-7550

fax: 510-553-1024
gunter@mihasculaw.com
-----------------------------------------------------------

CONFIDENTIALITY NOTE:

This e-mail and any attachments are confidential and may be protected by

legal privilege. If you are not the intended recipient, be aware that any

disclosure, copying, distribution or use of this e-mail or any attachment

is prohibited. If you have received this e-mail in error, please notify us

immediately by returning it to the sender and deleting this copy from your

system. Thank you for your cooperation.

On Tue, Oct 26, 2021 at 9:57 AM Washington, Sonya - FSIS <sonya.washington@usda.gov> wrote:

Good Morning,

I hope this email finds you well. I will be out of the office, however, I will return receipt of your email.

In response to you inquiry, I will have to review the claim to ensure that I have all of the necessary documents in order to send the claim forward to our agency lawyers who review/make the decisions on all of our claims. I hope to have reviewed it by the end of this week and if I need anything additional I will reach out to you. Feel free to contact me or send an email if you have any other questions.

Thank you in advance for your understanding and patience during this process.

Sonya Washington

*Sonya Washington*

Property Management Specialist

USDA/FSIS/Office of Management

Administrative Services Division

4700 River Road

3rd Floor, 3A-03-56

Riverdale, MD  20737

(301) 344-4756

**Sonya.washington@usda.gov**

---

**From:** Gunter Mihaescu <gunter@mihaesculaw.com>
**Sent:** Monday, October 25, 2021 4:05 PM
**To:** Washington, Sonya - FSIS <sonya.washington@usda.gov>
**Subject:** Re: [External Email]Ester Nino

Hi Sonya,

I just left you a voicemail on this one. Please provide an update.

If you could rule on it one way or another, that would be helpful.

Thank you,
Gunter

---------------------------

Gunter Mihaescu

Attorney at Law

5032 Woodminster Lane
Oakland, CA 94602
tel: 510-969-7550

fax: 510-553-1024
gunter@mihaesculaw.com
-----------------------------------------------------------

CONFIDENTIALITY NOTE:

This e-mail and any attachments are confidential and may be protected by

legal privilege. If you are not the intended recipient, be aware that any

disclosure, copying, distribution or use of this e-mail or any attachment

is prohibited. If you have received this e-mail in error, please notify us

immediately by returning it to the sender and deleting this copy from your

system. Thank you for your cooperation.

On Thu, Oct 21, 2021 at 12:57 PM Gunter Mihaescu <gunter@mihaesculaw.com> wrote:

> Hello,
> Yes that's the best number.
>
> Thanks,
> Gunter
>
> ---------------------------
>
> Gunter Mihaescu
>
> Attorney at Law
>
> 5032 Woodminster Lane
> Oakland, CA 94602
> tel: 510-969-7550
>
> fax: 510-553-1024
> gunter@mihaesculaw.com
> -----------------------------------------------------------
>
> CONFIDENTIALITY NOTE:
>
> This e-mail and any attachments are confidential and may be protected by
>
> legal privilege. If you are not the intended recipient, be aware that any
>
> disclosure, copying, distribution or use of this e-mail or any attachment
>
> is prohibited. If you have received this e-mail in error, please notify us
>
> immediately by returning it to the sender and deleting this copy from your
>
> system. Thank you for your cooperation.

On Thu, Oct 21, 2021 at 12:51 PM Washington, Sonya - FSIS <sonya.washington@usda.gov> wrote:

Good Afternoon,

I hope this email finds you well.   I will have to check the files and will reach out to you on tomorrow.  Is the phone number in your signature block the best contact number for you?

Sonya Washington

## *Sonya Washington*

Property Management Specialist

USDA/FSIS/Office of Management

Administrative Services Division

4700 River Road

3rd Floor, 3A-03-56

Riverdale, MD  20737

(301) 344-4756

Sonya.washington@usda.gov

---

**From:** Gunter Mihaescu <gunter@mihaesculaw.com>
**Sent:** Thursday, October 21, 2021 3:33 PM
**To:** Washington, Sonya - FSIS <sonya.washington@usda.gov>
**Subject:** [External Email]Ester Nino

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hello Ms. Washington,
I hope this email finds you well.
Do you have an update on this one? An offer?

Please let me know.
Thanks,
Gunter

----------------------------

Gunter Mihaescu

Attorney at Law
5032 Woodminster Lane
Oakland, CA 94602
tel: 510-969-7550

fax: 510-553-1024
gunter@mihaesculaw.com
-----------------------------------------------------------

CONFIDENTIALITY NOTE:

This e-mail and any attachments are confidential and may be protected by

legal privilege. If you are not the intended recipient, be aware that any

disclosure, copying, distribution or use of this e-mail or any attachment

is prohibited. If you have received this e-mail in error, please notify us

immediately by returning it to the sender and deleting this copy from your

system. Thank you for your cooperation.

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

---

📄 **RE: [External Email]Ester Nino.eml**
58K

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>                    Tue, Jan 4, 2022 at 12:33 PM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Ms. Washington,
I replied to your email back in November and you indicated that you were still awaiting some things from your end to do, so I thought the questions in your November email were resolved. Here is my response to your email in November:

Hello Ms. Washington,
There will be no separate claim for the property damage or medical expenses from Amica. The property damage was already resolved. The car was totaled out and Amica paid off the car loan, there was no deductible paid out by my client.

The med pay amount is being requested now by my client. After settlement, I will resolve the med pay reimbursement amount with Amica. Amica cannot double dip and request a reimbursement amount separately from you.

Please confirm this resolves your questions on this matter.

[Quoted text hidden]
[Quoted text hidden]

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>                    Fri, Jan 21, 2022 at 1:36 PM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Hi Sonya,

I just left you a voicemail. Please contact me on this claim at your earliest convenience.

The last time we spoke you mentioned that you have many property damage claims on your hands at the moment. The property damage in this claim has been settled. Please proceed with your determination on the bodily injury and damages portion. Or if you would like to deny the claim, w e can go ahead and file suit as well.

[Quoted text hidden]

[Quoted text hidden]

---

**Washington, Sonya - FSIS** <sonya.washington@usda.gov>                    Mon, Jan 24, 2022 at 9:06 AM
To: Gunter Mihaescu <gunter@mihaesculaw.com>

Good Morning Mr. Gunter,

I hope this email finds you well.  I spoke with the subrogation department at Amica Mutual Insurance regarding their portion of the claim therefore, until I get their demand I have placed this claim in my pending file.  In order for me to send this claim forward to our agency lawyers for review, I must have all supporting documents for the claim.  Once I receive their portion, I will review the claim and send it forward providing that I have all of the supporting documentation.  I truly understand the importance of getting this matter resolved and I will provide you with any updates.  Feel free to reach out to me if you have any questions.

Thank you in advance for your patience during this process.

Sonya Washington

*Sonya Washington*

Property Management Specialist

USDA/FSIS/Office of Management

Administrative Services Division

5601 Sunnyside Avenue

[Quoted text hidden]

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>                    Mon, Jan 24, 2022 at 10:09 AM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Here is their subrogation amount attached. You do not need to deal with them directly. It is not a statutory lien like Medicare, Medicaid, Erisa, or Medi-Cal in California. They have paid $5,000 in medical payments in this matter. There is no double recovery. The $5,000 they have paid out has gone to the medical providers in this case.

[Quoted text hidden]

[Quoted text hidden]

📄 **Amica Med Pay Ltr June 2021.pdf**
684K

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>                    Wed, Feb 2, 2022 at 3:43 PM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Dear Ms. Washington,

Case 2:22-cv-01074-KJM-DMC Document 1 Filed 06/23/22 Page 28 of 34

What is going on with this claim? Please escalate to your attorneys so that we can get a response and off everyone's plate.

Also, I would like to ask again, because it sounded like you were handling the property damage claim on this. The property damage in this claim has been settled. Please proceed with your determination on the bodily injury and damages portion. Or if you would like to deny the claim, please do so, so that we may move forward in litigation. Please let me know so that we can make some progress here. The client is understandably frustrated and contacts me almost daily looking for an update. The demand was sent back in August, that is now a half year ago.

Please advise on status.

[Quoted text hidden]
[Quoted text hidden]

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>                        Tue, Feb 15, 2022 at 12:38 PM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Sonya,
Please reply, what is the status.
[Quoted text hidden]
[Quoted text hidden]

---

**Gunter Mihaescu** <gunter@mihaesculaw.com>                        Mon, Mar 7, 2022 at 12:29 PM
To: "Washington, Sonya - FSIS" <sonya.washington@usda.gov>

Sonya,
Status, please.
[Quoted text hidden]
[Quoted text hidden]

EXHIBIT 3

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# TRAFFIC COLLISION REPORT

CHP 555 Page 1 (Rev. 4-11) OPI 060

| SPECIAL CONDITIONS | NUMBER INJURED | 0 | HIT & RUN FELONY | | CITY | VALLEJO | | JUDICIAL DISTRICT | SOLANO-SUPERIOR | LOCAL REPORT NUMBER | 20-7737 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NUMBER KILLED | 0 | HIT & RUN MISD. | | COUNTY | SOLANO | REPORTING DISTRICT | VALLEJO PD | BEAT | 4 | DAY OF WEEK: Sunday   TOW AWAY ☐ |

**LOCATION**

| COLLISION OCCURRED ON: BENICIA RD | | MO. DAY YEAR 07/12/2020 | TIME (2400) 1152 | NCIC # 4807 | OFFICER I.D. #728 |
|---|---|---|---|---|---|
| MILEPOST INFORMATION: **FEET** OF | GPS COORDINATES  LATITUDE 38.097081  LONGITUDE -122.240676 | | | PHOTOGRAPHS BY | ☐ NONE |
| AT INTERSECTION WITH  ☒ OR **204 FEET WEST** OF **RYDER ST** | STATE HWY REL | 728 | | | |

| PARTY 1  DRIVER ☒  PEDESTRIAN ☐  PARKED VEHICLE ☐  BICYCLIST ☐  OTHER ☐ | DRIVER'S LICENSE NUMBER F4864347 | STATE CA | CLASS C | AIR BAG M | SAFETY EQUIP. C | VEH. YEAR 2017 | MAKE / MODEL / COLOR FORD FUSION | | LICENSE NUMBER G130421U | STATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME (FIRST, MIDDLE, LAST) HASSAN SIDDIQUI | | | | | OWNER'S NAME  ☒ SAME AS DRIVER | | | | |
| | STREET ADDRESS 164 ROBLES WY | | | | | DEPARTMENT OF AGRICULTURE, FOOD SAFETY AND INSPECTION SERVICE | | | | |
| | | | | | | OWNER'S ADDRESS  ☒ SAME AS DRIVER | | | | |
| | CITY / STATE / ZIP VALLEJO / CA / 94590 | | | | | 1400 INDEPENDENCE AVE. WASHINGTON, DC 20250 | | | | |
| | | | | | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER  ☒ DRIVER  ☐ OTHER | | | | |
| | SEX M | HAIR BLK | EYES BRO | HEIGHT 510 | WEIGHT 180 | BIRTH DATE | RACE O | PRIOR MECHANICAL DEFECTS: ☒ NONE APPARENT  ☐ REFER TO NARRATIVE | | |
| | HOME PHONE ( ) - | | BUSINESS PHONE (707) 730-7082 | | | VEHICLE IDENTIFICATION NUMBER: FADP3F20JL288562 | | | | |

| INSURANCE CARRIER AAA | | POLICY NUMBER CAAS210272315 | | VEHICLE TYPE 01 | DESCRIBE VEHICLE DAMAGE: ☐ UNK.  ☐ NONE  ☐ MINOR  ☐ MOD.  ☒ MAJOR  ☐ ROLL-OVER | SHADE IN DAMAGE AREA |
|---|---|---|---|---|---|---|
| DIR OF TRAVEL WEST | ON STREET OR HIGHWAY BENICIA RD | SPEED LIMIT 35 | | CA   CAL-T | DOT   TCP/PSC   MC/MX | |

| PARTY 2  DRIVER ☒  PEDESTRIAN ☐  PARKED VEHICLE ☐  BICYCLIST ☐  OTHER ☐ | DRIVER'S LICENSE NUMBER A5115273 | STATE CA | CLASS C | AIR BAG M | SAFETY EQUIP. C | VEH. YEAR 2015 | MAKE / MODEL / COLOR MITSUBISHI OUTLANDER | | LICENSE NUMBER 8RPY503 | STATE CA |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME (FIRST, MIDDLE, LAST) NINO ESTER | | | | | OWNER'S NAME  ☒ SAME AS DRIVER | | | | |
| | STREET ADDRESS 405 BENICIA RD | | | | | NINO ESTER | | | | |
| | | | | | | OWNER'S ADDRESS  ☒ SAME AS DRIVER | | | | |
| | CITY / STATE / ZIP VALLEJO / CA / 94590 | | | | | 405 BENICIA RD VALLEJO, CA 94590 | | | | |
| | | | | | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER  ☒ DRIVER  ☐ OTHER | | | | |
| | SEX F | HAIR BLK | EYES BRO | HEIGHT 502 | WEIGHT 133 | BIRTH DATE | RACE A | PRIOR MECHANICAL DEFECTS: ☒ NONE APPARENT  ☐ REFER TO NARRATIVE | | |
| | HOME PHONE ( ) - | | BUSINESS PHONE (707) 342-8118 | | | VEHICLE IDENTIFICATION NUMBER: 4A4AP3AU6FE009762 | | | | |

| INSURANCE CARRIER AMICA | | POLICY NUMBER 91020424LY | | VEHICLE TYPE 07 | DESCRIBE VEHICLE DAMAGE: ☐ UNK.  ☐ NONE  ☐ MINOR  ☐ MOD.  ☒ MAJOR  ☐ ROLL-OVER | SHADE IN DAMAGE AREA |
|---|---|---|---|---|---|---|
| DIR OF TRAVEL WEST | ON STREET OR HIGHWAY BENICIA RD | SPEED LIMIT 35 | | CA   CAL-T | DOT   TCP/PSC   MC/MX | |

| PARTY 3  DRIVER ☐  PEDESTRIAN ☐  PARKED VEHICLE ☒  BICYCLIST ☐  OTHER ☐ | DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR 2010 | MAKE / MODEL / COLOR TOYOTA COROLLA RED | | LICENSE NUMBER 8KSE649 | STATE CA |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME (FIRST, MIDDLE, LAST) | | | | | OWNER'S NAME  ☐ SAME AS DRIVER | | | | |
| | STREET ADDRESS | | | | | EVA JUAREZ SOLARES | | | | |
| | | | | | | OWNER'S ADDRESS  ☒ SAME AS DRIVER | | | | |
| | CITY / STATE / ZIP / / | | | | | 5817 CABERNET DR, VALLEJO, CA 94590 | | | | |
| | | | | | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER  ☒ DRIVER  ☐ OTHER | | | | |
| | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTH DATE | RACE | PRIOR MECHANICAL DEFECTS: ☒ NONE APPARENT  ☐ REFER TO NARRATIVE | | |
| | HOME PHONE (707) 712-2261 | | BUSINESS PHONE ( ) - | | | VEHICLE IDENTIFICATION NUMBER: 1NXBU4EE1AZ225929 | | | | |

| INSURANCE CARRIER ANCHOR GENERAL | | POLICY NUMBER 9817348 | | VEHICLE TYPE 01 | DESCRIBE VEHICLE DAMAGE: ☐ UNK.  ☐ NONE  ☒ MINOR  ☐ MOD.  ☐ MAJOR  ☐ ROLL-OVER | SHADE IN DAMAGE AREA |
|---|---|---|---|---|---|---|
| DIR OF TRAVEL | ON STREET OR HIGHWAY | SPEED LIMIT | | CA   CAL-T | DOT   TCP/PSC   MC/MX | |

| PREPARER'S NAME C. Sullivan, #728 | DISPATCH NOTIFIED: ☐ Yes  ☐ No  ☐ N/A | REVIEWER'S NAME S. Bower, #552 | DATE REVIEWED 08/04/2020 |
|---|---|---|---|

# TRAFFIC COLLISION CODING

Case 2:20-cv-01074-KJM-JDP   Document 1   Filed 06/22/22   Page 31 of 34

CHP 555  Page 2 (Rev. 4-11) OPI 060

| DATE OF COLLISION (MO. DAY. YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 07/12/2020 | 1152 | 4807 | #728 | 20-7737 |

**PROPERTY DAMAGE**

| OWNER'S NAME | OWNER'S ADDRESS | NOTIFIED ☐ YES ☐ NO |
|---|---|---|
| DESCRIPTION OF DAMAGE | | |

## SEATING POSITION

1 - DRIVER
2 TO 6 - PASSENGERS
7 - STATION WAGON REA
8 - REAR OCC. TRK OR VA
9 - POSITION UNKNOWN
0 - OTHER

Positions: 1 2 3 / 4 5 6 / 7

## SAFETY EQUIPMENT

**OCCUPANTS**
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USE
G - LAP/SHOULDER HARNESS USE
H - LAP/SHOULDER HARNESS NOT USE
J - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOY USE
P - NOT REQUIRED

**CHILD RESTRAINT**
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOW
T - IN VEHICLE IMPROPER US
U - NONE IN VEHICLE

**M / C BICYCLE HELMET**
DRIVER   PASSENGER
V - NO   X - NO
W - YES  Y - YES

## AIR BAG
B - UNKNOWN
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED

**EJECTED FROM VEHICL**
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

## INATTENTION CODES
A - CELLPHONE HANDHELD
B - CELLPHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONAL HYGIENE
J - READING
K - OTHER

## ITEMS MARKED BELOW  FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE

**PRIMARY COLLISION FACTOR**
LIST NUMBER (#) OF PARTY AT FAUL

1 A  VC SECTION VIOLATED  22107  Cited NO
B  OTHER IMPROPER DRIVING:*
C  OTHER THAN DRIVER*
D  UNKNOWN*

| TRAFFIC CONTROL DEVICES | 1 | 2 | 3 |
|---|---|---|---|
| A CONTROLS FUNCTIONING | | | |
| B CONTROLS NOT FUNCTIONING* | | | |
| C CONTROLS OBSCURED | | | |
| D NO CONTROLS PRESENT/FACTOR* | X | X | X |

**TYPE OF COLLISION**

| | 1 | 2 | 3 |
|---|---|---|---|
| A HEAD - ON | | | |
| B SIDESWIPE | X | | |
| C REAR END | | | |
| D BROADSIDE | | | |
| E HIT OBJECT | | | |
| F OVERTURNED | | | |
| G VEHICLE PEDESTRIAN | | | |
| H OTHER* | | | |

**MOTOR VEHICLE INVOLVED WITH**

| | 1 | 2 | 3 |
|---|---|---|---|
| A NON - COLLISION | | | |
| B PEDESTRIAN | | | |
| C OTHER MOTOR VEHICLE | X | | |
| D MOTOR VEHICLE ON OTHER ROADWAY | | | |
| E PARKED MOTOR VEHICLE | | | |
| F TRAIN | | | |
| G BICYCLE | | | |
| H ANIMAL: | | | |
| I FIXED OBJECT : | | | |
| J OTHER OBJECT: | | | |

**WEATHER (MARK 1 TO 2 ITEMS)**

| | |
|---|---|
| A CLEAR | X |
| B CLOUDY | |
| C RAINING | |
| D SNOWING | |
| E FOG / VISIBILITY  .FT | |
| F OTHER*: | |
| G WIND | |

**LIGHTING**

| | |
|---|---|
| A DAYLIGHT | X |
| B DUSK - DAWN | |
| C DARK - STREET LIGHTS | |
| D DARK - NO STREET LIGHTS | |
| E DARK - STREET LIGHTS NOT FUNCTIONING* | |

**ROADWAY SURFACE**

| | |
|---|---|
| A DRY | X |
| B WET | |
| C SNOWY - ICY | |
| D SLIPPERY (MUDDY, OILY, ETC.) | |

**ROADWAY CONDITIONS (MARK 1 TO 2 ITEMS)**

| | |
|---|---|
| A HOLES, DEEP RUTS | |
| B LOOSE MATERIAL ON ROADWAY* | |
| C OBSTRUCTION ON ROADWAY* | |
| D CONSTRUCTION-REPAIR ZONE | |
| E REDUCED ROADWAY WIDTH | |
| F FLOODED* | |
| G OTHER*: | |
| H NO UNUSUAL CONDITIONS | X |

**PEDESTRIAN'S ACTIONS**

| | |
|---|---|
| A NO PEDESTRIANS INVOLVED | X |
| B CROSSING IN CROSSWALK AT INTERSECTION | |
| C CROSSING IN CROSSWALK - NOT AT INTERSECTION | |
| D CROSSING - NOT IN CROSSWALK | |
| E IN ROAD - INCLUDES SHOULDER | |
| F NOT IN ROAD | |
| G APPROACHING / LEAVING SCHOOL BUS | |

| SPECIAL INFORMATION | 1 | 2 | 3 |
|---|---|---|---|
| A HAZARDOUS MATERIAL | | | |
| B CELL PHONE HANDHELD IN USE | | X | |
| C CELL PHONE HANDSFREE IN USE | | | |
| D CELL PHONE NOT IN USE | | | |
| E SCHOOL BUS RELATED | | | |
| F 75 FT MOTORTRUCK COMBO | | | |
| G 32 FT TRAILER COMBO | | | |

**OTHER ASSOCIATED FACTOR(S) (MARK 1 TO 2 ITEMS)**

| | 1 | 2 | 3 |
|---|---|---|---|
| A  VC SECTION VIOLATION  CITED ☐ | | | |
| B  VC SECTION VIOLATION  CITED ☐ | | | |
| C  VC SECTION VIOLATION  CITED ☐ | | | |
| E VISION OBSCUREMENT | | | |
| F INATTENTION*: | | | |
| G STOP & GO TRAFFIC | | | |
| H ENTERING / LEAVING RAMP | | | |
| I PREVIOUS COLLISION | | | |
| J UNFAMILIAR WITH ROAD | | | |
| K DEFECTIVE VEH. EQUIP.  CITED ☐ | X | X | X |
| L UNINVOLVED VEHICLE | | | |
| M OTHER*: | | | |
| N NONE APPARENT | X | X | X |
| O RUNAWAY VEHICLE | | | |

**MOVEMENT PRECEDING COLLISION**

| | 1 | 2 | 3 |
|---|---|---|---|
| A STOPPED | | | |
| B PROCEEDING STRAIGHT | | | |
| C RAN OFF ROAD | | | |
| D MAKING RIGHT TURN | | | |
| E MAKING LEFT TURN | | | |
| F MAKING U TURN | | | |
| G BACKING | | | |
| H SLOWING / STOPPING | | | |
| I PASSING OTHER VEHICLE | | | |
| J CHANGING LANES | | | |
| K PARKING MANEUVER | | | |
| L ENTERING TRAFFIC | | X | |
| M OTHER UNSAFE TURNING | | | |
| N XING INTO OPPOSING LANE | | | |
| O PARKED | X | | |
| P MERGING | | | |
| Q TRAVELING WRONG WAY | | | |
| R OTHER*: | | | |

**SOBRIETY - DRUG PHYSICAL**

| | 1 | 2 | 3 |
|---|---|---|---|
| A HAD NOT BEEN DRINKING | | | |
| B HBD - UNDER INFLUENCE | | | |
| C HBD - NOT UNDER INFLUENCE.* | | | |
| D HBD. -IMPAIRMENT UNKNOWN.* | | | |
| E UNDER DRUG INFLUENCE* | | | |
| F IMPAIRMENT - PHYSICAL* | | | |
| G IMPAIRMENT NOT KNOWN | | | |
| H NOT APPLICABLE | X | X | X |
| I SLEEPY / FATIGUED* | | | |

Miscellaneous

☒ "See Attached Sketch"

☐ "See Attached factual diagram"

**SKETCH**
Case 2:22-cv-01074-KJM-JDP   Document 1   Filed 06/22/22   Page 32 of 34

CHP 555  Page 4  (Rev. 4-11)  OPI 060

| DATE OF COLLISION (MO.   DAY.   YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 07/12/2020 | 1152 | 4807 | #728 | 20-7737 |

ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED





| PREPARED BY | | ID NUMBER | MO  DAY YEAR | REVIEWERS NAME | | MO  DAY YEAR |
|---|---|---|---|---|---|---|
| C. Sullivan,  #728 | | #728 | 07/12/2020 | S. Bower,  #552 | | 08/04/2020 |

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
NARRATIVE/SUPPLEMENTAL
CHP 556 Page 4 (Rev. 4-11) OPI 060

Case 2:20-cv-01074-KJM-JDP    Document 1    Filed 06/22/22    Page 33 of 34

Page 4 of 5

| DATE OF COLLISION (MO.    DAY.    YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 07/12/2020 | 1152 | 4807 | #728 | 20-7737 |

Notification:

On 07/10/2020 at about 1152 hours, I was dispatched to the report of a non-injury collision at 101 Benicia Rd.

All speeds are approximate and distances were estimated via Google maps.

Parties:

Party #1, (P-1) Hassan Siddiqui, identified via CA DL as the driver of V-1.

Vehicle #1, (V-1, a black Ford Focus, US Government plate G130421U). V-1 had major damage to the front end and the front left wheel was bent.

Party #2, (P-2), Nino Ester, identified via CA DL as the driver of V-2.

Vehicle #2, (V-2, a light blue, Mitsubishi Outlander, CA License plate 8RPY503). V-2 had major front end damage and the front right wheel was flat. .

Mentioned #1 (M-1), Eva Juarez Solares, identified via US permanent resident card as the owner of V-3. M-1 did not witness the collision.

Vehicle #3 (V-3, a red 2010 Toyota Corolla, CA License plate 8KSE649). V-3 was parked in the employee parking lot of 101 Benicia Rd. V-3 had minor rear end damage.

Summary:

P-1 SIDDIQUI told me the following in summary:

V-1 was parked on Benicia Rd facing westbound. P-1 started his vehicle and pulled into traffic in order to travel westbound on Benicia Rd. V-2 then sideswiped V-1. P-1 stated he signaled before entering traffic. P-1 stated he did not look over his shoulder but checked his driver-side mirror before entering traffic. P-1 stated V-2 came "out of nowhere". P-1 requested a report be taken due to V-1 being a government vehicle.

P-2 ESTER told me the following in summary:

V-2 was driving westbound on Benicia Rd. Shortly after passing Ryder St, V-1 abruptly. V-1 abruptly entered traffic. P-2 applied the brakes and sideswiped V-1. P-2 swerved to the left while applying the brakes. V-2 collided head-on with V-3, which was parked in the employee parking lot. V-2 then came to a stop.

P-2 showed me dash-cam video of the collision. In the video, I could see V-1 did not signal before entering traffic. V-1 enters traffic abruptly and V-2 collided with V-1. It appeared as though the collision was unavoidable due to V-1 abruptly entering the roadway. I booked the video into evidence.com as item 728-3.

| PREPARED BY | ID NUMBER | MO  DAY YEAR | REVIEWERS NAME | MO  DAY YEAR |
|---|---|---|---|---|
| C. Sullivan,  #728 | #728 | 07/12/2020 | S. Bower,  #552 | 08/04/2020 |

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

Page 5 of 5

**NARRATIVE/SUPPLEMENTAL**

Case 2:22-cv-01074-KJM-JDP    Document 1    Filed 06/22/22    Page 34 of 34

CHP 556  Page 4  (Rev. 4-11) OPI 060

| DATE OF COLLISION (MO.  DAY.  YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 07/12/2020 | 1152 | 4807 | #728 | 20-7737 |

AOI:

The AOIs were determined based upon the statements and physical evidence on scene. AOI -1 is 7 feet south of the north curb-line of Benicia Rd and 204 west of the south curb-line prolongation of Ryder St.

AOI-2 is 10 feet south of the south curb-line of Benicia Rd and 230 feet west of the south curb-line prolongation of Ryder St.

Cause:

P-1 caused this collision by violating 22107 CVC which states:

No person shall turn a vehicle from a direct course or move right or left upon a roadway until such movement can be made with reasonable safety and then only after the giving of an appropriate signal in the manner provided in this chapter in the event any other vehicle may be affected by the movement.

Nothing Further

Officer C. Sullivan #728

| PREPARED BY | ID NUMBER | MO  DAY  YEAR | REVIEWERS NAME | MO  DAY  YEAR |
|---|---|---|---|---|
| C. Sullivan,  #728 | #728 | 07/12/2020 | S. Bower,  #552 | 08/04/2020 |